IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Lockett-Johnson ,<br><br>Plaintiff(s),<br><br>v.<br><br>Silver Cross Hospital & Medical Center,<br><br>Defendant(s). | Case No. 15 C 5600<br>Judge Sharon Johnson Coleman |

### ORDER

Motion hearing held. Plaintiff's motion to vacate Dismissal under FRCP 60(b) for Want of Prosecution [12] is granted as to all defendants. Case reinstated. Defendant USA's motion to dismiss for failure to exhaust administrative remedies [5] is granted without prejudice. The case is hereby remanded to state court forthwith.

(T: 0:05)

Date: 10/14/2015 /s/ Sharon Johnson Coleman
Sharon Johnson Coleman
United States District Court Judge